UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| LINWOOD J. ROBINSON, JR., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NANCY A. BERRYHILL, Acting Commissioner ) <br> of Social Security, ) <br> Defendant. ) | **JUDGMENT IN A CIVIL CASE** <br><br> **CASE NO. 7:18-CV-102-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that plaintiff's objections to the M&R [D.E. 39] are OVERRULED, plaintiff's motion for judgment on the pleadings [D.E. 33] is DENIED, defendant's motion for judgment on the pleadings [D.E. 35] is GRANTED, defendant's final decision is AFFIRMED, and this action is DISMISSED.

**This Judgment Filed and Entered on January 25, 2019, and Copies To:**
Laurie Lynn Janus                                                              (via CM/ECF electronic notification)
Keeya M. Jeffrey                                                                (via CM/ECF electronic notification)

DATE:                                                                                   PETER A. MOORE, JR., CLERK
January 25, 2019                                                                 (By) /s/ Nicole Sellers
                                                                                             Deputy Clerk